AARON M. CLEFTON, Esq.  (SBN 318680)
REIN & CLEFTON, Attorneys at Law
1423 Broadway #1133
Oakland, CA  94612
Telephone:  510/832-5001
Facsimile:   510/832-4787
info@reincleftonlaw.com

Attorneys for Plaintiff
JUSTIN HAMMOND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN HAMMOND,<br><br>        Plaintiff,<br><br>    v.<br><br>BAYSIDE MARIN, INC.,<br><br>        Defendant. | Case No. 4:24-cv-00468-KAW<br>Civil Rights<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Action Filed: October 25, 2023 |

## STIPULATION

Plaintiff JUSTIN HAMMOND ("Plaintiff") and Defendant BAYSIDE MARIN, INC. ("Defendant") – Plaintiff and Defendant together the "Parties" – hereby stipulate and request that pursuant to Federal Rules of Civil Procedure 41(a)(l)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each side shall pay its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated:  April 15, 2024                                    REIN & CLEFTON


                                            */s/ Aaron M. Clefton*
By:  AARON M. CLEFTON, ESQ.
Attorneys for Plaintiff
JUSTIN HAMMOND

//

Dated:  April 15, 2024                               HOLLAND & KNIGHT, LLP

                                         /s/ Daniel P. Kappes
                                    By:  DANIEL P. KAPPES, ESQ.
                                    Attorneys for Defendant
                                    BAYSIDE MARIN, INC.

## FILER'S ATTESTATION

Pursuant to Local Rule 5-1, I hereby attest that on April 2, 2024, I, Aaron Clefton, attorney with Rein & Clefton, received the concurrence of Daniel P. Kappes in the filing of this document.

                                    /s/ Aaron Clefton
                                    Aaron Clefton

**ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: _____, 2024

_____
Honorable Kandis A. Westmore
U.S. Magistrate Judge

- 3 -