AARON M. CLEFTON, Esq.  (SBN 318680)
REIN & CLEFTON, Attorneys at Law
1423 Broadway #1133
Oakland, CA  94612
Telephone:  510/832-5001
Facsimile:   510/832-4787
info@reincleftonlaw.com

Attorneys for Plaintiff
JUSTIN HAMMOND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN HAMMOND,<br><br>  Plaintiff,<br><br>  v.<br><br>BAYSIDE MARIN, INC.,<br><br>  Defendant. | Case No. 4:24-cv-00468-KAW<br>Civil Rights<br><br>**STIPULATION AND ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Action Filed: October 25, 2023 |

**STIPULATION**

Plaintiff JUSTIN HAMMOND ("Plaintiff") and Defendant BAYSIDE MARIN, INC. ("Defendant") – Plaintiff and Defendant together the "Parties" – hereby stipulate and request that pursuant to Federal Rules of Civil Procedure 41(a)(l)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each side shall pay its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated:  April 15, 2024                                              REIN & CLEFTON

　　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Aaron M. Clefton*
                                                                                  By:  AARON M. CLEFTON, ESQ.
                                                                                  Attorneys for Plaintiff
                                                                                  JUSTIN HAMMOND

//

Dated:  April 15, 2024                   HOLLAND & KNIGHT, LLP

                            */s/ Daniel P. Kappes*
By:  DANIEL P. KAPPES, ESQ.
Attorneys for Defendant
BAYSIDE MARIN, INC.

### **FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that on April 2, 2024, I, Aaron Clefton, attorney with Rein & Clefton, received the concurrence of Daniel P. Kappes in the filing of this document.

                            */s/ Aaron Clefton*
Aaron Clefton

- 2 -

STIPULATION FOR DISMISSAL
Case No. 4:24-cv-00468-KAW

**ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: April 18, 2024

_____
Honorable Kandis A. Westmore
U.S. Magistrate Judge